UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MARCUS HUNT,

Petitioner,

v.

BRIAN WILLIAMS, *et al..*,

Respondents.

Case No. 2:14-cv-01054-RFB-NJK

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. c 2254 by a Nevada state prisoner.

Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*. If petitioner seeks leave to proceed *in forma pauperis*, he must use the court-approved *in forma pauperis* form required by Local Rule LSR 1-1 of the Local Rules of Special Proceedings and Appeals. The application must include an inmate account statement for the past six months and a properly executed financial certificate signed by an authorized prison or jail officer, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. The Clerk will be ordered to provide petitioner with the correct form for an application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that petitioner shall, within **30 days** from the date of entry of this order, do one of the following: (1) pay the $5 filing fee, or (2) file a fully completed application to proceed *in forma pauperis,* on the correct form, including a financial certificate signed by an authorized prison or jail officer.

/ / /

1

1    **IT IS FURTHER ORDERED** that if petitioner does not timely comply with this order,
2 dismissal of this action may result.
3    **IT IS FURTHER ORDERED** that the Clerk shall **SEND** petitioner the approved form
4 for an application to proceed *in forma pauperis* and instructions for the same.
5    **IT IS FURTHER ORDERED** that the Clerk shall retain the habeas petition, but shall not
6 file it at this time.
7    Dated the 23rd day of December, 2014.



_____
RICHARD F. BOULWARE, II
United States District Judge

2