UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARCUS HUNT

              Petitioner,

    v.

BRIAN WILLIAMS, *et al..*,

             Respondents.

Case No. 2:14-cv-01054-RFB-NJK

**ORDER**

      **IT IS ORDERED** that the Court reconsiders its previous Order [9] denying appointment of counsel and now **GRANTS** petitioner's request for appointment of counsel.

      **IT IS ORDERED** that the Federal Public Defender's Office is appointed to represent the petitioner in this case.  The Clerk of Court shall serve this Order on the Federal Public Defender's Office.

      **IT IS FURTHER ORDERED** that the petitioner shall have sixty (60) days to file an Amended Petition.

      **IT IS ORDERED** that the Motion [11] to Dismiss **is DENIED without prejudice**.  Respondents shall have thirty (30) days from the filing of the Amended Petition to file a motion to dismiss or answer.

      **Dated** the 31st day of March, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge