1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

10   MARCUS HUNT,

11            Petitioner,                          Case No. 2:14-cv-01054-RFB-NJK

12   vs.                                           **ORDER**

13   BRIAN WILLIAMS, *et al.*,

14            Respondents.

15

16          This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254

17   by a Nevada state prisoner represented by counsel.  By order filed March 31, 2016, the Court denied

18   respondents' motion to dismiss without prejudice. (ECF No. 15).  The Court also appointed the Federal

19   Public Defender's Office to represent petitioner in this case.  (*Id.*).  The Court directed petitioner's

20   counsel to file an amended petition within sixty days and directed respondents to file a response (motion

21   to dismiss or answer) to the amended petition within thirty days from the filing of the amended petition.

22   (*Id.*).  On April 13, 2016, attorney Jonathan M. Kirshbaum of the Federal Public Defender's Office filed

23   a notice of appearance on behalf of petitioner.  (ECF No. 17).

24          Through counsel, petitioner has filed an unopposed motion for an extension of time in which

25   to file an amended petition. (ECF No. 18).  Good cause appearing, petitioner's motion for an extension

26   is granted, and the Court makes further orders, as set forth below.

27          **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time in which

28   to file an amended petition (ECF No. 18) is **GRANTED.**

1    **IT IS FURTHER ORDERED** that counsel for petitioner shall meet with petitioner as soon as

2  reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases

3  under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential

4  grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds

5  for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely

6  result in any omitted grounds being barred from future review.

7    **IT IS FURTHER ORDERED** that petitioner shall have **sixty (60) days** from the date of entry

8  of this order, to **FILE AND SERVE** on respondents an amended petition for writ of habeas corpus,

9  which shall include all known grounds for relief (both exhausted and unexhausted).

10    **IT IS FURTHER ORDERED** that respondents shall have **thirty (30) days** after service of an

11  amended petition within which to answer, or otherwise respond to, the amended petition.  If petitioner

12  does not file an amended petition, respondents shall have **thirty (30)** days from the date on which the

13  amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

14    **IT IS FURTHER ORDERED** that if respondents file a motion to dismiss, the motion shall be

15  briefed by the parties pursuant to Rule 7-2 of the Local Rules of Civil Practice.

16    **IT IS FURTHER ORDERED** that if respondents file an answer, petitioner shall have **thirty**

17  **(30) days** after service of the answer to file and serve a reply.

18    **IT FURTHER IS ORDERED** that any state court record exhibits filed by the parties herein

19  shall be filed with an index of exhibits identifying the exhibits by number or letter.  The CM/ECF

20  attachments that are filed shall further be identified by the number or numbers (or letter or letters) of

21  the exhibits in the attachment.

22    **IT IS FURTHER ORDERED** that the parties **SHALL SEND** courtesy (paper) copies of all

23  exhibits presented in support of the amended petition and the response to the amended petition to the

24  **Reno** Division of this Court.  Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St.,

25  Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address

26  label.

27   . . .

28  . . .

1    **IT IS FURTHER ORDERED** that the Clerk of Court **SHALL MODIFY** the docket to

2  indicate petitioner's counsel of record is the Federal Public Defender's Office, as indicated on the notice

3  of appearance.

4    **IT IS FURTHER ORDERED** that petitioner shall file no further *pro se* documents and shall

5  proceed by and through appointed counsel.

6

    Dated this 13ᵗʰ day of June, 2016.

7

8

9
                            _____
10                           RICHARD F. BOULWARE, II
                             UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28