# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARCUS HUNT,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:14-cv-01054-RFB-NJK

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed an unopposed motion for a second extension of time in which to file an amended petition. (ECF No. 20). Good cause appearing, petitioner's motion for an extension is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for a second extension of time in which to file an amended petition (ECF No. 20) is **GRANTED.** The first amended petition shall be filed on or before **September 12, 2016.**

    Dated this 16th day of August, 2016.

                                                                              _____
                                                                              RICHARD F. BOULWARE, II
                                                                              UNITED STATES DISTRICT JUDGE