RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JONATHAN M. KIRSHBAUM
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Jonathan_Kirshbaum@fd.org

Attorney for Petitioner Marcus Hunt

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS HUNT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:14-CV-01054-RFB-NJK<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE REPLY TO ANSWER (ECF NO. 26)**<br><br>**(First Request)** |

Petitioner Marcus Hunt, by and through counsel, Assistant Federal Public Defender Jonathan M. Kirshbaum, hereby moves this Court for an enlargement of time of forty-four (44) days from January 11, 2017, to and including February 24, 2017, in which to file a reply to the Answer (ECF No. 26). This motion is based upon

/ / /

/ / /

the attached points and authorities and all pleadings and papers on file herein.

Dated this 6th day of January, 2017.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/Jonathan M. Kirshbaum*
JONATHAN M. KIRSHBAUM
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 10th day of January, 2017.

## POINTS AND AUTHORITIES

1. On September 12, 2016, Hunt filed an amended petition. ECF No. 22. On December 12, 2016, Respondents filed their Answer. ECF No. 26. The reply is currently due January 11, 2017.

2. Petitioner seeks a first request for an extension of time to file his reply. Petitioner requests an additional forty-four (44) days of time, up to and including February 24, 2017, in which to file the reply. This is counsel's first request for an extension of time for this pleading.

3. Counsel's schedule and circumstances beyond his control has precluded him from meeting the current deadline of January 11, 2017. While counsel has begun to work on the reply, an extension of time to file the pleading is necessary due to counsel's schedule and filing obligations. Since the time that the Answer was filed, counsel had to go on multiple prison visits. Counsel had to file several pleading with the Ninth Circuit, including an en banc petition. Counsel also had to draft two significant pleadings in federal district court cases. In addition, counsel was out of the office on vacation for close to two weeks in December. Finally, counsel has an oral argument scheduled in the Ninth Circuit on the same day in which this pleading is due. The oral argument has required a great deal of attention and preparation.

4. Therefore, counsel seeks an additional forty-four (44) days, up to and including February 24, 2017, in which to file the reply. Counsel previously requested two extensions of time to file the amended petition.

5. On January 5, 2017, Senior Deputy Attorney General Dennis Wilson informed counsel that he did not object to this request.

6. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Hunt. Counsel for Petitioner respectfully requests

that this Court grant this motion and order Petitioner to file the reply no later than February 24, 2017.

Dated this 6th day of January, 2017.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/Jonathan M. Kirshbaum*
JONATHAN M. KIRSHBAUM
Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

In accordance with the Rules of Civil Procedure, the undersigned hereby certifies that on this 6th day of January 2017, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE REPLY TO ANSWER (ECF NO. 26)**, was filed electronically with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the master service list as follows:

Dennis C. Wilson
Senior Deputy Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, NV 89701
dwilson@ag.nv.gov

*/s/ Jineen DeAngelis*
An Employee of the
Federal Public Defender,
District of Nevada