1  Rene L. Valladares
   Federal Public Defender
2  Nevada State Bar No. 11479
3  *S. Alex Spelman
   Assistant Federal Public Defender
4  Nevada State Bar No. 14278
   411 E. Bonneville Ave., Ste. 250
5  Las Vegas, Nevada 89101
   (702) 388-6577
6  alex_spelman@fd.org
7
8  *Attorney for Petitioner Marcus Hunt

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Marcus Hunt, | |
| Petitioner, | Case No. 2:14-cv-01054-RFB-NJK |
| v. | **Stipulation to Continue Evidentiary Hearing** |
| Brian Williams, *et al.*, | |
| Respondents. | |

The parties hereby agree and stipulate to continue the evidentiary hearing set for January 4, 2019, no less than 60 days, for the reasons stated herein.

In June of 2014, long before either of the undersigned counsel appeared in this case, Hunt petitioned this court for a writ of habeas corpus.[1] Senior Deputy Attorney General Dennis Wilson represented respondents,[2] and Hunt proceeded *pro se* for two years until this court appointed the Federal Public Defender.[3] Jonathan M. Kirshbaum appeared for Hunt, representing him thereafter.[4]

In 2016, Mr. Kirshbaum filed an amended petition on Hunt's behalf,[5] and Mr. Wilson answered on behalf of respondents.[6] Mr. Kirshbaum replied in February, 2017.[7] The petition awaited a decision from the court thereafter.

Since this time, both parties have substituted representation. Assistant Federal Public Defender S. Alex Spelman has appeared for Hunt,[8] and Deputy Attorney General Ashley Balducci has appeared for respondents.[9]

As neither parties' counsel have participated in this litigation prior to now, each party agrees they will need additional time to prepare for the evidentiary hearing, especially with the upcoming office closures during the holidays.

Further, Hunt's counsel needs an opportunity to consult with Hunt and prepare him for the evidentiary hearing prior to the hearing. If Hunt chooses to testify, meeting with counsel prior to the hearing will be essential. Second, Hunt's counsel is informed and believes that Hunt is approaching parole eligibility in the

---

[1] ECF No. 1.
[2] ECF No. 10.
[3] *See* ECF No. 15.
[4] ECF No. 17.
[5] ECF No. 22.
[6] ECF No. 26.
[7] ECF No. 32.
[8] ECF No. 33.
[9] ECF No. 36.

2

near future, yet this case challenges the validity of the guilty plea that allows for this parole eligibility date. Accordingly, counsel submits meeting with Hunt prior to the hearing is essential to discuss the status of his case and prepare for the hearing. But given limited prison-visitation availability, and given undersigned counsel's upcoming leave over the holidays, the earliest counsel would be able to visit Hunt would be Friday, January 4—the date currently scheduled for the evidentiary hearing. Therefore, more time is needed to allow counsel to meet with him.

Furthermore, Hunt's counsel will be on pre-planned holiday leave for ten days in the end of December and first of January. And in any event, during much of this time, the Federal Public Defender's office will be closed for the holidays. Because of this, Hunt's counsel would have only a handful of days to prepare for this evidentiary hearing. But because counsel has not participated in this litigation before, this would be far too little time to offer Hunt effective representation.

Finally, a potential witness for Hunt would need to fly from Atlanta, Georgia, for this hearing.

Accordingly, the parties agree and stipulate to continue the January 4, 2019, evidentiary hearing[10] no less than 60 days, to a date to be set by the court.

Dated December 20, 2018.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | ADAM PAUL LAXALT<br>Attorney General |
| /s/ S. Alex Spelman<br>S. Alex Spelman (Bar No. 14278)<br>Assistant Federal Public Defender<br>For Petitioner | /s/ Ashley Balducci<br>Ashley Balducci (Bar No.12687)<br>Deputy Attorney General<br>For Respondents |

---

[10] ECF No. 35.

3

The evidentiary hearing currently set for January 4, 2019,[11] is VACATED, and in an order to follow, will be reset to March 13, 2019 at 9:30 AM in LV Courtroom 7C.

IT IS SO ORDERED:



RICHARD F. BOULWARE, II
United States District Judge
Dated: December 21, 2018

---

[11] ECF No. 35.

# Certificate of Service

I hereby certify that on December 20, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Ashley Balducci.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Marcus Hunt
No. 91003
Southern Desert Correctional Center
PO Box 208
Indian Springs, NV 89070

/s/ Arielle Blanck
An Employee of the
Federal Public Defender